## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:   WILLIE R MOORE                          CASE NO: 07-23459
                                                 CHAPTER 13

         DEBTORS(S)                              JUDGE:  JACK B SCHMETTERER

                                                 NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**    US BANK NATIONAL ASSOC

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0002 | 0023496094 ARRS | $ 20,097.51 | $ 20,097.51 | $ 20,097.51 |

Total Amount Paid the Trustee                                              $  20,097.51

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                   X   Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 02th day of  August, 2012.

Debtor(s)

WILLIE R MOORE
2839 W 82ND ST
CHICAGO IL 60652

Debtors Attorney

MACEY BANKRUPTCY LAW PC
233 S WACKER DR # 5150
CHICAGO IL 606060000

Addtional Creditors

US BANK NATIONAL ASSOC
% CODILIS & ASSOC
15W030 N FRONTAGE RD
BURR RIDGE IL 60525

Mortgage Arrearage Creditor

US BANK NATIONAL ASSOC
% CHASE HOME FINANCE
3415 VISION DR  DEPT OH4-7126
COLUMBUS OH 43219

Electronic Service US Trustee

Date: August 2, 2012

/s/ Tom Vaughn

Tom Vaughn, Chapter 13 Trustee
Chapter 13 Trustee
55 East Monroe Street, Suite 3850
Chicago, Ill   60603